# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-06807-RGK-JEM | Date | October 27, 2022 |
|---|---|---|---|
| Title | *Jermaine Gomes v. John Doe* | | |

**JS6**

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:             Attorneys Present for Defendant:

Not Present                                  Not Present

**Proceedings:**      (IN CHAMBERS) Order re: Dismissal

On September 26, 2022, the Court issued an order denying Plaintiff's request to proceed *in forma pauperis* because his Complaint failed to state a claim. (*See* Order on Request to Proceed In Forma Pauperis, ECF No. 8.) The Order informed Plaintiff that he could amend the Complaint to state a claim, but that he had to do so by October 26, 2022. Plaintiff has failed to amend the Complaint and the deadline has passed. Accordingly, the Court **DISMISSES** the case.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | jre/a |